UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARK L. FISCHER,

    Plaintiff,

vs.

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION,

    Defendant.

NOTICE OF APPEAL

Case No.: 17-CV-174

---

Notice is hereby given that Mark L. Fischer, plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit Court from an Opinion and Order entered in this action on the 18th days of October, 2017.

Respectfully submitted this 17th day of November, 2017.

        ANDERSON O'BRIEN
        BERTZ, SKRENES & GOLLA, LLP

    By /s/ Brian G. Formella
       Brian G. Formella
       A Member of the Firm
       Attorneys for Plaintiff Mark L. Fischer
       1257 Main Street, P. O. Box 228
       Stevens Point, WI 54481-0228
       Telephone: 715-344-0890
       State Bar No.: 1012637

BGF:ljh/27,998/11-17-17/636009